IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| R. BRADLEY MAULE,<br><br>      *Plaintiff*,<br><br>  v.<br><br>ANHEUSER BUSCH, LLC, and<br>EVERBRITE, LLC,<br><br>      *Defendants*. | CIVIL ACTION<br>No. 17-00461 |

## **ORDER**

**AND NOW**, this 27th day of July, 2018, upon consideration of the Defendants' Motion to Dismiss (ECF No. 16), Plaintiff's Response (ECF No. 23) and the Defendants' Reply (ECF No. 25), it is **ORDERED** that the Motion is **GRANTED**. Judgment is entered for the Defendants. The Clerk of Court is directed to mark this case closed.

                                            BY THE COURT:


                                            */s/ Gerald J. Pappert*
                                            GERALD J. PAPPERT, J.